

FILED
AUG 14 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr2706-BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| JOSE LUIS ROMERO-CORONA (1), ) ALMA ALICIA TORRES-MELENA (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about July 29, 2008, within the Southern District of California, defendants JOSE LUIS ROMERO-CORONA and ALMA ALICIA TORRES-MELENA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Arturo Ocegueda-Ramos, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring

//
//
//
//
//

CJB:kmm:San Diego
8/1/08

1  and present said alien immediately to an appropriate immigration
2  officer at a designated port of entry; in violation of Title 8, United
3  States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States
4  Code, Section 2.
5     DATED: *August 14, 2008*

                  KAREN P. HEWITT
                  United States Attorney

                  CARLA J. BRESSLER
                  Assistant U.S. Attorney

CJB:kmm:San Diego
8/1/08                                2